FILED
RICHARD W. NAGEL
CLERK OF COURT
6/14/22
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVY G. HART, JR.,**<br><br>Defendant. | CASE NO. 3:22-cr-70 _____<br><br>JUDGE Michael J. Newman<br><br>**INFORMATION**<br>**18 U.S.C. §§ 1001 & 2** |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**[18 U.S.C. §§ 1001 & 2]**

Between a date unknown and on or about January 3, 2020, in the Southern District of Ohio, Defendant Davy G. Hart, Jr., in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully aided, abetted, counseled, commanded, induced, and procured the making of materially false, fictitious, and fraudulent statements and representations.

In violation of 18 U.S.C. § 1001(a)(2) and 2.

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
GEORGE PAINTER (0097271)
Assistant United States Attorney
DANIEL E. ELLENBOGEN (DC 375499)
Special Assistant United States Attorney