UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:22-cr-70

vs.

DAVY G. HART, JR.,                       District Judge Michael J. Newman

    Defendant.

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 13)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Davy G. Hart, Jr.'s guilty plea.  Doc. No. 13.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in the information currently pending against him and find him guilty as charged of making false statements in a matter within the jurisdiction of the Executive Branch of the United States, in violation of Title 18 U.S.C. § § 1001 and 2.  *Id*.; *see* Doc. No. 10.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **December 1, 2022 at 10:00 AM**.

    **IT IS SO ORDERED.**

    August 29, 2022                                    s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge